JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>AURORA BANK, FSB, f/k/a LEHMAN BROTHERS BANK, FSB, et al.,<br><br>          Defendants. | Case Nos.    CV 10-04774 DMG (RZx)<br>                        EDCV 10-00930 DMG (RZx)<br><br>**JUDGMENT** |

Pursuant to the Court's March 11, 2011 Order re Aurora's Motion for Summary Adjudication [Doc. #39], IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment in this interpleader action is entered in favor of Defendants/ Claimants Aurora Bank, FSB and Aurora Loan Services, LLC (collectively, "Aurora") in the amount of $159,296.00 and against Defendant/Claimant Linda Owen, who shall take nothing.

2. The Clerk is ordered to release the $159,296.00 deposited with the Court on December 8, 2010 by Plaintiff Foremost Insurance Company of Grand Rapids, Michigan, to Aurora through their counsel of record, Brian S.

1 | Edwards, Esq., at Houser & Allison APC, 9970 Research Drive, Irvine CA
2 | 92618.

**IT IS SO ORDERED**.

DATED: March 16, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE